from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on August 11, 1995 [*ante*, p. 1177], is hereby discharged.

No. D–1585. IN RE DISBARMENT OF PALMISANO. It is ordered that Joseph Christopher Palmisano, of Scottsdale, Ariz., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 94–1359. CLEMENTS ET AL. *v.* UNITED STATES, 514 U. S. 1107;

No. 94–8558. BELL *v.* WASHINGTON, WARDEN, 514 U. S. 1119;

No. 94–8577. HUBBARD *v.* LOWE, 514 U. S. 1100;

No. 94–8804. IN RE SATO, *ante*, p. 1130;

No. 94–8920. HIGHTOWER *v.* THOMAS, WARDEN, *ante*, p. 1162;

No. 94–8938. HAYS *v.* ARENDS ET AL., *ante*, p. 1135;

No. 94–9067. TILLI *v.* SOWECKE ET AL., *ante*, p. 1162;

No. 94–9095. BERGMANN *v.* NIESKE, *ante*, p. 1163;

No. 94–9115. IN RE AWOFOLU, *ante*, p. 1157;

No. 94–9185. KYONG SIK KIM *v.* VIRGINIA ET AL., *ante*, p. 1165;

No. 94–9192. GREEN *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante*, p. 1149;

No. 94–9212. ARTEAGA *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, *ante*, p. 1165;

No. 94–9217. THOMAS *v.* MCCOTTER, EXECUTIVE DIRECTOR, UTAH DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 1166; and

No. 94–9491. JONES *v.* NORTH CAROLINA, *ante*, p. 1169. Petitions for rehearing denied.